Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF LINGLE,** | Case No. 2:17-cv-00131-KJM-DB |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **CAPITAL ONE BANK (USA), N.A.,** | |
| Defendant. | |

   NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Dated: June 1, 2017       **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                By: /s/Todd M. Friedman_____
                   Todd M. Friedman, Esq.
                   Attorney for Plaintiff

Stipulation to Dismiss- 1

Dated: June 1, 2017                     **DOLL AMIR & ELEY LLP**

                              By: */s/Connie Y. Tcheng*_____
                                  Connie Y. Tcheng, Esq.
                                  Attorney for Defendant

Filed electronically on this 1st day of June, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Kimberly J. Mueller
Eastern District of California

**Connie Y. Tcheng**
Doll Amir & Eley LLP
Email: ctcheng@dollamir.com

This 1st day of June, 2017.

/s/Todd M. Friedman
Todd M. Friedman